IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
)
BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP )
MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP )
TEXAS, LLC; BPP WISCONSIN, LLC; FFC )
PARTNERSHIP, L.P.; and FINE CAPITAL )
ASSOCIATES, L.P., )
)
)
Plaintiffs, )
)
v. ) Case No. 1:13-cv-00638-JMF
)
ROYAL BANK OF SCOTLAND GROUP, PLC; RBS )
CITIZENS, N.A.; and CITIZENS BANK OF )
PENNSYLVANIA., )
)
)
Defendants. )
)
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Fraser L. Hunter, Jr., hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendants The Royal Bank of Scotland Group plc, RBS Citizens, N.A., and Citizens Bank of Pennsylvania. The undersigned is a member in good standing of the bar of this Court.

Dated: April 15, 2013

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc, RBS Citizens, N.A., and Citizens Bank of Pennsylvania*