IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; and FINE CAPITAL ASSOCIATES, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL BANK OF SCOTLAND GROUP, PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA., <br><br> Defendants. | Case No. 1:13-cv-00638-JMF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Colin Reardon, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendants The Royal Bank of Scotland Group plc, RBS Citizens, N.A., and Citizens Bank of Pennsylvania. The undersigned is a member in good standing of the bar of this Court.

Dated: April 15, 2013

/s/ Colin Reardon
Colin Reardon
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc, RBS Citizens, N.A., and Citizens Bank of Pennsylvania*