UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; and FINE CAPITAL ASSOCIATES, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA, <br><br> Defendants. | Civil Action No. 1:13-cv-638 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIZENS BANK OF PENNSYLVANIA

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Citizens Bank of Pennsylvania submits the following corporate disclosure statement.

(1) Citizens Financial Group, Inc., is the parent company of Citizens Bank of Pennsylvania.

(2) Citizens Financial Group, Inc., is a non-governmental corporate party, and no publicly held corporation holds 10 percent or more of the stock of Citizens Financial Group, Inc. The parent companies of Citizens Financial Group, Inc., are RBSG International Holdings Limited and RBS CBFM North America Corp., which are not publicly held corporations. The parent company of RBSG International Holdings Limited and RBS CBFM North America Corp. is The Royal Bank of Scotland plc, a public limited company organized under the laws of the United Kingdom.

| | |
|---|---|
| Dated: April 15, 2013<br>New York, NY | /s/  Sarah A. Sulkowski<br>Sarah A. Sulkowski<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8000 (phone)<br>(212) 878-8375 (fax)<br>sarah.sulkowski@cliffordchance.com<br><br>*Counsel for Defendant Citizens Bank of Pennsylvania* |