

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; and FINE CAPITAL ASSOCIATES, L.P.,

Plaintiffs,

-against-

THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA,

Defendants.

13 Civ.

**RULE 7.1 DISCLOSURE**

RECEIVED JAN 28 2013 CASHIERS

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants **The Royal Bank of Scotland Group plc** and **RBS Citizens, N.A.**, make the following disclosures through their undersigned counsel:

The Royal Bank of Scotland Group plc is a publicly traded company organized under the laws of Scotland. No publicly held corporation owns 10% or more of its stock.

Defendant RBS Citizens, N.A., is a wholly owned subsidiary of Citizens Financial Group, Inc.

Dated: New York, New York
January 28, 2013

CLIFFORD CHANCE US LLP

By: _____
Robert G. Houck

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
robert.houck@cliffordchance.com (e-mail)

*Counsel for The Royal Bank of Scotland Group plc and RBS Citizens, N.A.*