UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; and FINE CAPITAL ASSOCIATES, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA, <br><br> Defendants. | Civil Action No. 1:13-cv-638 <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the declaration and exhibits thereto, Defendants The Royal Bank of Scotland Group plc; RBS Citizens, N.A.; and Citizens Bank of Pennsylvania will move this Court, before the Honorable Jesse M. Furman, United States District Judge, for an order dismissing the complaint with prejudice in its entirety as against all Defendants, pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 8(a).  Defendants request that oral argument be heard on this motion.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

| | |
|---|---|
| Dated: New York, New York<br>April 15, 2013 | /s/  Robert G. Houck<br>Robert G. Houck<br>Sarah A. Sulkowski<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8000 (phone)<br>(212) 878-8375 (fax)<br>robert.houck@cliffordchance.com<br>sarah.sulkowski@cliffordchance.com<br><br>David Sapir Lesser<br>Fraser Hunter<br>Alan E. Schoenfeld<br>Colin Reardon<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 (phone)<br>(212) 230-8888 (fax)<br>david.lesser@wilmerhale.com<br>fraser.hunter@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br>colin.reardon@wilmerhale.com<br><br>*Counsel for The Royal Bank of Scotland Group plc; RBS Citizens, N.A.; and Citizens Bank of Pennsylvania* |