UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; FINE CAPITAL ASSOCIATES, L.P. and BUDGET PORTFOLIO PROPERTIES, LLC,

    Plaintiffs,

 -against-

ROYAL BANK OF SCOTLAND GROUP, PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA,

    Defendants.

------------------------------------------------------- X

CASE NO. 1:13-CV-00638 (JMF)

**APPEARANCE OF COUNSEL**

To: The clerk of the court and all parties of record,

  I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for plaintiff Budget Portfolio Properties, LLC.

Dated: New York, New York

May 7, 2013

BAKER & HOSTETLER LLP

By: /s/ John Siegal
 John Siegal
 jsiegal@bakerlaw.com
 45 Rockefeller Plaza
 New York, New York  10111
 212.589.4200
 212.589.4201

*Attorneys for Plaintiffs BPP Illinois, LLC, BPP Iowa, LLC, BPP Michigan, LLC; BPP Minnesota, LLC, BPP Texas, LLC, BPP Wisconsin, LLC, FFC Partnership, L.P., Fine Capital Associates, L.P. and Budget Portfolio Properties, LLC*