UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; FINE CAPITAL ASSOCIATES, L.P. and BUDGET PORTFOLIO PROPERTIES, LLC, <br><br>  Plaintiffs, <br><br> -against- <br><br> ROYAL BANK OF SCOTLAND GROUP, PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA, <br><br>  Defendants. | CASE NO. 1:13-CV-00638 (JMF) <br><br> **APPEARANCE OF COUNSEL** |

To:   The clerk of the court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for plaintiff Budget Portfolio Properties, LLC.

Dated: New York, New York         BAKER & HOSTETLER LLP

May 7, 2013

By: /s/ Loura L. Alaverdi
   Loura L. Alaverdi
   LAlaverdi@bakerlaw.com
   45 Rockefeller Plaza
   New York, New York  10111
   212.589.4200
   212.589.4201

*Attorneys for Plaintiffs BPP Illinois, LLC, BPP Iowa, LLC, BPP Michigan, LLC; BPP Minnesota, LLC, BPP Texas, LLC, BPP Wisconsin, LLC, FFC Partnership, L.P., Fine Capital Associates, L.P. and Budget Portfolio Properties, LLC*