UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; FINE CAPITAL ASSOCIATES, L.P.; and BUDGET PORTFOLIO PROPERTIES, LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:13-cv-638-JMF<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the declaration and exhibits thereto, Defendants The Royal Bank of Scotland Group plc; RBS Citizens, N.A.; and Citizens Bank of Pennsylvania will move this Court, before the Honorable Jesse M. Furman, United States District Judge, for an order dismissing the Amended Complaint with prejudice in its entirety as against all Defendants, pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 8(a).  Defendants request that oral argument be heard on this motion.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: New York, New York      /s/ David Sapir Lesser
       May 28, 2013            David Sapir Lesser
                                           Fraser Hunter
                                           Alan E. Schoenfeld
                                           Colin Reardon
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           7 World Trade Center
                                           250 Greenwich Street
                                           New York, NY 10007
                                           (212) 230-8800 (phone)
                                           (212) 230-8888 (fax)
                                           david.lesser@wilmerhale.com
                                           fraser.hunter@wilmerhale.com
                                           alan.schoenfeld@wilmerhale.com
                                           colin.reardon@wilmerhale.com

                                           Robert G. Houck
                                           Sarah Sulkowski
                                           Clifford Chance US LLP
                                           31 West 52nd Street
                                           New York, NY 10019
                                           (212) 878-8000 (phone)
                                           (212) 878-8375 (fax)
                                           robert.houck@cliffordchance.com
                                           sarah.sulkowski@cliffordchance.com

*Counsel for The Royal Bank of Scotland Group plc; RBS Citizens, N.A.; and Citizens Bank of Pennsylvania*

- 2 -