```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2013
```

# WILMERHALE

July 8, 2013

**By E-Mail**

David Sapir Lesser

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

The Honorable Jesse M. Furman
United States District Judge
United States District Court
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:  *BPP Illinois et al. v. The Royal Bank of Scotland Group plc et al.*, No. 1:13-cv-638-JMF

Dear Judge Furman:

I write on behalf of Defendants in the above-captioned matter.  Pursuant to Rule 3.H of Your Honor's Individual Rules and Practices in Civil Cases, Defendants respectfully request that oral argument be heard on Defendants' pending motion to dismiss, which is fully briefed today.

Respectfully submitted,

/s/ David Lesser

David Lesser

cc:  All counsel of record (by e-mail)

> Application GRANTED.  Counsel shall appear for oral argument on August 15, 2013, at 11 a.m., in Courtroom 1105 of the United States Courthouse, 40 Centre Street, New York, NY.
>
> SO ORDERED.
>
> *[signature]*
>
> July 12, 2013

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington