USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2013

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 16, 2013

John Siegal
direct dial: 212.589.4245
jsiegal@bakerlaw.com

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  BPP Illinois, LLC, et al v. The Royal Bank of Scotland Group, Plc, et al,
     Case No. 1:13-638

Dear Judge Furman:

We represent all of the plaintiffs in the above-referenced matter and WilmerHale and Clifford Chance have appeared for all defendants. I write on behalf of all counsel to request that the oral argument on defendants' motion to dismiss the amended complaint, currently scheduled for August 15, be rescheduled because I will be engaged that day in a previously-scheduled, out-of-state arbitration hearing. All counsel will be available on any of the following alternative dates: August 13, September 5, September 6, September 10 or September 11. Of course, if those dates are not possible given the Court's calendar, then we request a conference call with Chambers to schedule a workable date.

Respectfully submitted,

*/s/ John Siegal*
John Siegal

cc:   Robert Houck, Esq.
      Clifford Chance US LLP
      David Lesser, Esq.
      WilmerHale

Oral argument is rescheduled
for August 13, 2013, at 11 a.m.

SO ORDERED.

*/s/ Jesse M. Furman*

July 16, 2013