USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BPP ILLINOIS, LLC, ET AL,

                Plaintiffs,

        -v-

THE ROYAL BANK OF SCOTLAND GROUP, PLC, ET AL,

                Defendants.

-----------------------------------------------------------------X

13 Civ. 0638 (JMF)

REVISED SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

      The oral argument previously scheduled for August 13, 2013 is rescheduled for **September 10, 2013** at **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: August 6, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge