```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BPP ILLINOIS, LLC, ET AL,                            :
:
                  Plaintiffs,         :         13 Civ. 0638 (JMF)
:
      -v-                                            :
:         REVISED SCHEDULING
:                 ORDER
THE ROYAL BANK OF SCOTLAND GROUP, PLC,    :
ET AL,                                               :
:
                  Defendants.        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The oral argument previously scheduled for September 10, 2013 at 11:00 a.m. is rescheduled for **September 10, 2013** at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: September 4, 2013
       New York, New York

                                                                  _____
                                                                  JESSE M. FURMAN
                                                               United States District Judge