USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BPP ILLINOIS, LLC, ET AL,

                Plaintiffs,

-against-

THE ROYAL BANK OF SCOTLAND GROUP,
PLC, ET AL,

                Defendants.
------------------------------------------------------------X

13 CIVIL 0638 (JMF)

**JUDGMENT**

      Defendants having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), 9(b), and 8(a), and the matter having come before the Honorable Jesse M. Furman, United States District Judge, and the Court, on November 13, 2013, having rendered its Opinion and Order granting Defendants' motion to dismiss the Amended Complaint, and denying Defendants' previously filed motion to dismiss the initial Complaint as moot, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2013, Defendants' motion to dismiss the Amended Complaint is granted, and Defendants' previously filed motion to dismiss the initial Complaint is denied as moot; accordingly, the case is closed.

Dated:  New York, New York
         November 14, 2013

                                          RUBY J. KRAJICK
                                          _____Clerk of Court_____
                         BY:
                                            _____
                                                Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____