UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP
MICHIGAN, LLC; BPP MINNESOTA, LLC;
BPP TEXAS, LLC; BPP WISCONSIN, LLC;
FFC PARTNERSHIP, L.P.; and FINE
CAPITAL ASSOCIATES, L.P., BUDGET
PORTFOLIO PROPERTIES, LLC

          Plaintiffs,

    -against-

ROYAL BANK OF SCOTLAND GROUP,
PLC; RBS CITIZENS, N.A.; and CITIZENS
BANK OF PENNSYLVANIA,

          Defendants.
------------------------------------------------------------ x

Civil Case No. 1:13-CV-00638 (JMF)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York (Furman, J.), entered on November 14, 2013 under ECF No. 45, as well as the Opinion and Order of the United States District Court for the Southern District of New York (Furman, J.), entered on November 13, 2013 under ECF No. 44, dismissing Plaintiffs' Amended Complaint. This appeal is taken from each and every part and the whole of the Opinion and Order.

Dated: New York, New York
       November 15, 2013

BAKER HOSTETLER LLP

By: _____
    John Siegal
    jsiegal@bakerlaw.com

45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200
(212) 589-4201 (fax)

-2-

                                      Attorneys for Plaintiffs BPP Illinois, LLC.,
                                      BPP Iowa, LLC, BPP Michigan, LLC., BPP
                                      Minnesota, LLC, BPP Texas, LLC, BPP
                                      Wisconsin, LLC, FFC Partnership, L.P.,
                                      Fine Capital Associates, L.P., and Budget Portfolio
                                      Properties, LLC

TO:  WILMER CUTLER PICKERING HALE
       AND DORR LLP
       David Sapir Lessee
       david.lesser@wilmherhale.com
       7 World Trade Center
       250 Greenwich Street
       New York, New York 10007
       (212) 230-8851
       Attorneys for Defendants Royal Bank of
       Scotland Group, PLC; RBS Citizens, N.A.;
       and Citizens Bank of Pennsylvania