UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; FINE CAPITAL ASSOCIATES, L.P.; and BUDGET PORTFOLIO PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA,<br><br>Defendants. | Civil Action No. 1:13-cv-638-JMF |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants submit this supplemental corporate disclosure statement, which replaces the corporate disclosure statement previously filed in the above-captioned action. The undersigned counsel certifies that:

1. Citizens Bank of Pennsylvania is a wholly owned subsidiary of Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc.

2. Citizens Bank, N.A., f/k/a RBS Citizens, N.A., is a wholly owned subsidiary of Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc.

3. Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc., is a public company organized under the laws of Delaware and as of May 31, 2015, 40.77% owned by RBSG International Holdings Limited. RBSG International Holdings Limited is a wholly owned indirect subsidiary of Defendant The Royal Bank of Scotland Group plc ("RBS Group").

4. RBS Group is a public limited company organized under the laws of the United Kingdom. No publicly held entity owns more than ten percent of the shares of RBS Group.

Dated: New York, New York
July 24, 2015

/s/ David Sapir Lesser
David Sapir Lesser
Fraser Hunter
Jamie Dycus
Colin Reardon
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
david.lesser@wilmerhale.com
fraser.hunter@wilmerhale.com
jamie.dycus@wilmerhale.com
colin.reardon@wilmerhale.com

*Counsel for The Royal Bank of Scotland Group plc; RBS Citizens, N.A.; and Citizens Bank of Pennsylvania*