UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BPP ILLINOIS, LLC; BPP IOWA, LLC; BPP MICHIGAN, LLC; BPP MINNESOTA, LLC; BPP TEXAS, LLC; BPP WISCONSIN, LLC; FFC PARTNERSHIP, L.P.; FINE CAPITAL ASSOCIATES, L.P. and BUDGET PORTFOLIO PROPERTIES, LLC,

          Plaintiffs,

  -against-

ROYAL BANK OF SCOTLAND GROUP, PLC; RBS CITIZENS, N.A.; and CITIZENS BANK OF PENNSYLVANIA,

          Defendants.

---

CASE NO. 1:13-CV-00638 (JMF)

**APPEARANCE OF COUNSEL**

To:    The clerk of the court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for plaintiffs BPP Illinois, LLC, BPP Iowa, LLC, BPP Michigan, LLC; BPP Minnesota, LLC, BPP Texas, LLC, BPP Wisconsin, LLC, FFC Partnership, L.P., Fine Capital Associates, L.P. and Budget Portfolio Properties, LLC.

Dated: New York, New York

       August 7, 2015

BAKER & HOSTETLER LLP

By: /s/ Dominic A. Gentile
    Domini A. Gentile
    dgentile@bakerlaw.com
    45 Rockefeller Plaza
    New York, New York 10111
    212.589.4200
    212.589.4201

*Attorneys for Plaintiffs BPP Illinois, LLC, BPP Iowa, LLC, BPP Michigan, LLC; BPP Minnesota, LLC, BPP Texas, LLC, BPP Wisconsin, LLC, FFC Partnership, L.P., Fine Capital Associates, L.P. and Budget Portfolio Properties, LLC*