# WILMERHALE

August 14, 2015

**By ECF**

David Sapir Lesser

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: *BPP Illinois, LLC v. Royal Bank of Scotland Group, plc*, No. 1:13-cv-00638 (S.D.N.Y.)

Dear Judge Furman:

I write on behalf of Defendants in the above-captioned matter pursuant to Paragraph 3.G of your Honor's Individual Rules and Practices in Civil Cases and in response to Plaintiffs' letters requesting oral argument on their motion for leave to amend and motion seeking a transfer of venue to the District of Massachusetts. *See* ECF Nos. 59, 63.

Defendants take no position on Plaintiffs' request for oral argument on their motions, and Defendants are content to proceed with or without argument on all pending motions. However, if the Court is inclined to hold argument on Plaintiffs' motions, Defendants request an opportunity to present oral argument on Defendants' renewed motion to dismiss as well.

Respectfully submitted,

/s/ David Lesser

David Lesser

*Counsel for Defendants*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington