```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
BPP ILLINOIS, LLC, et al.,                            :
                                                      :
                            Plaintiffs,               :         13-CV-638 (JMF)
                                                      :
            -v-                                       :         ORDER
                                                      :
THE ROYAL BANK OF SCOTLAND GROUP PLC, et              :
al.,                                                  :
                                                      :
                            Defendants.               :
                                                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that, no later than **September 9, 2015**, the parties shall file supplemental briefs, not to exceed eight pages, addressing whether Defendants waived any personal jurisdiction defense pursuant to *Daimler AG v. Bauman*, 134 S. Ct. 746 (2014), by failing to raise that issue in some fashion while the case was pending in the Court of Appeals. In particular, the parties should address whether any other court has found a personal jurisdiction defense to be preserved or waived under similar circumstances, and whether any justification exists for Defendants' failure to raise the defense while the case was pending on appeal.

SO ORDERED.

Dated: September 2, 2015
       New York, New York

                                    _____
                                    JESSE M. FURMAN
                                    United States District Judge