**WILMERHALE**

September 4, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/2015
```

David Sapir Lesser

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re: *BPP Illinois, LLC v. Royal Bank of Scotland Group plc*, No. 1:13-cv-00638 (JMF) (S.D.N.Y.)

Dear Judge Furman:

I write in reference to the Court's September 2 Order directing the parties to file supplemental briefs concerning personal jurisdiction by September 9. Defendants and Plaintiffs have conferred and jointly request that the Court extend the deadline by one week to September 16. The parties make this request because of the intervening holiday weekend, previously scheduled vacation of attorneys working on this matter, activity in other matters, and a medical procedure previously scheduled by one of Plaintiffs' attorneys for today.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ David Lesser

David Lesser

        The deadline is hereby extended to September 14, 2015.

                              SO ORDERED.

                              September 4, 2015

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington