UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BPP ILLINOIS, LLC;  *et al.,*<br><br>                    Plaintiffs,<br><br>         - against –<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC;  *et al*.,<br><br>                    Defendants. | 13 cv 638 (JMF) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for The Royal Bank of Scotland Group PLC and RBS Citizens, N.A. ("RBS Defendants")**,**

**IT IS HEREBY ORDERED** that the motion of James D. Miller to withdraw as counsel for the RBS Defendants is granted and Mr. Miller's appearance is withdrawn as of the date of this Order.

Dated: September 21, 2015

_____
Hon. Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate Docket No. 86.