# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John Siegal
direct dial: 212.589.4245
jsiegal@bakerlaw.com

September 28, 2015

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *BPP Illinois, LLC, et al v. The Royal Bank of Scotland Group, Plc, et al,*
Case No. 1:13-638

Dear Judge Furman:

We write on plaintiffs' behalf in response to the letter submitted by defense counsel David Lesser on Friday regarding the pending motions.

Plaintiffs moved to transfer venue of this case in response to defendants' belated assertion that this Court lacks personal jurisdiction to proceed. Now that the waiver issue has been briefed and defendants have reconsidered and consented to jurisdiction by withdrawing the jurisdictional portion of their motion to dismiss, plaintiffs no longer need to move to transfer venue, and hereby withdraw the motion to transfer. While we believe the key witnesses and documents are located in Massachusetts, obtaining access to them through discovery in this Court will not be so onerous as to necessitate transfer.

All plaintiffs seek is an opportunity to proceed with this case that has been tied up by repeated initial defense motions for nearly three years now. (The action was originally filed in state court in December 2012.) Because the remaining portions of the pending motion to dismiss all turn on factual determinations that are premature at this stage of the litigation, we respectfully renew our request that the Court deny the motion and order the parties to proceed with this litigation.

Respectfully submitted,

John Siegal

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

cc: All counsel